# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| C476 | E 1166415 | Terry | 2634 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 08/17/2023  1908 | 36 CFR 4.13 (a) |

Place of Offense

Bridal Veil Straight

Offense Description: Factual Basis for Charge — HAZMAT ☐

Stopping or Parking a vehicle
upon a Park Road

### DEFENDANT INFORMATION  Phone: (

Last Name

Hertz vehicles llc

Street Address P.O. Box 2

▮▮▮▮▮ (redacted) ▮▮▮▮▮

| Tag No. 024 UJD | State FL | 2019 | Toyota RAV4 | white |
|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions.<br><br>2023 0617-159<br><br>**PAY THIS AMOUNT AT**<br>www.cvb.uscourts.gov → | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.<br>$ 150  Forfeiture Amount<br>+ $30 Processing Fee<br>$ 180  **Total Collateral Due** |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   Left on windshield

Original - CVB Copy

*E1166415*

---

I state that on June 17th, 2023 while exercising my duties as a law enforcement officer in the Eastern District of California

See attached

The foregoing statement is based upon:

☑ my personal observation   ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/17/2023   [Officer's Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident